```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  PAUL V. NORRIS, SR.,                            :

                              Plaintiff,
              -against-                  :          1:19-cv-06020-GHW

  NBA PROPERTIES, INC, ADAM SILVER;    :          ORDER
  SCOTT STANCHAK, ANIL V. GEORGE;     :
  BENJAMIN ARONSON, MARK TATUM, and :
  MELISSA ROSENTHAL,                      :

                           Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 14, 2020, the Court issued a memorandum opinion and order, granting Defendants' motion to dismiss Plaintiff's First Amended Complaint. Dkt. No. 31. On April 20, 2020, the Court ordered that "any amended complaint must be filed no later than May 20, 2020." Dkt. No. 32. On May 20, 2020, the Court extended the deadline for Plaintiff to amend his complaint to May 27, 2020. Dkt. No. 34. As of the date of this order, the Court has not received Plaintiff's Second Amended Complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of the defendants and to close this case.

    SO ORDERED.

Dated: May 28, 2020                            _____
                                                        GREGORY H. WOODS
                                                  United States District Judge

1