**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

PAUL V. NORRIS, SR.,

                Plaintiff,

-against-

NBA PROPERTIES, INC, ADAM SILVER;
SCOTT STANCHAK, ANIL V. GEORGE;
BENJAMIN ARONSON, MARK TATUM, and
MELISSA ROSENTHAL,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

19 **CIVIL** 6020 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2020, the Court issued a memorandum opinion and order on April 14, 2020, granting Defendants' motion to dismiss Plaintiff's First Amended Complaint. On April 20, 2020, the Court ordered that "any amended complaint must be filed no later than May 20, 2020." On May 20, 2020, the Court extended the deadline for Plaintiff to amend his complaint to May 27, 2020. As of the date of the order, the Court has not received Plaintiff's Second Amended Complaint. Judgment is entered in favor of the defendants; accordingly, this case is closed.

**Dated:** New York, New York

      May 28, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**